**Opinion filed September 13, 2012**



## In The

# Eleventh Court of Appeals

_____

### No. 11-12-00175-CR

_____

## JERRY DEWITT WASHINGTON, Appellant
## V.
## STATE OF TEXAS, Appellee

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause No. 11245**

### M E M O R A N D U M   O P I N I O N

Jerry Dewitt Washington has filed in this court a motion to withdraw his notice of appeal and dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed.


September 13, 2012                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill.[2]

_____

[1]Eric Kalenak, Justice, resigned effective September 3, 2012. The justice position is vacant pending appointment of a successor by the governor or until the next general election.

[2]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.